1   PHILIP H. BROWN, ESQ.
2   Nevada Bar No. 6240
    BROWN LAW OFFICES
3   200 Hoover Ave., Suite #130
    Las Vegas, NV  89101
4   Telephone (702) 405-0505
    Facsimile (866) 215-8145
5   Thelasvegasdefender@gmail.com
6   Attorney for Defendant George McKenna

7                    UNITED STATES DISTRICT COURT

8                         DISTRICT OF NEVADA

9                              * * *

10                                       )
11  UNITED STATES OF AMERICA             )
                                         )
12              Plaintiff,               )
                                         )
13      vs.                              )        CASE NO.: 2:12-CR-0082
                                         )
14  JACOB VILLANUEVA, JR. et al.,        )
                                         )
15              Defendants.              )        **DEFENDANT   GEORGE   MCKENNA'S**
                                         )        **UNOPPOSED MOTION TO CONDUCT**
16                                       )        **A PRE-PLEA PRESENTENCING**
                                         )        **INVESTIGATION REPORT AND**
17                                       )        **PROPOSED ORDER**
18  _____     )

19          Comes now, appointed counsel Phil Brown Esq., and hereby moves this Court request a

20  Pre-Plea Presentence Investigation Report be prepared by the Probation Department.

21          1) It appears that defendant may be subject to substantially different sentencing ranges

22  depending upon his verified criminal history as well as other factors surrounding his offense

23  and plea.  Defendant McKenna's decision regarding how to proceed may be drastically

24

25  / / /

26  / / /

27  / / /

28

                                    -1-

impacted by his sentencing exposure in this regard.  The pre-plea presentence report will promote judicial economy and aid in the manner in which this case is ultimately resolved.

2) Undersigned counsel therefore respectfully requests an order that the Department of Probation conduct a pre-plea presentence investigation report as soon as possible.

3) Undersigned counsel has spoken to the prosecutor, Assistant United States Attorney Kimberly Frayn regarding this request and she has no opposition.


DATED this 10th day of July, 2012.


/s/Philip H. Brown
PHILIP H. BROWN,  ESQ.
200 HOOVER AVE, SUITE #130
LAS VEGAS, NEVADA 89101
ATTORNEY FOR THE DEFENDANT
GEORGE McKENNA

PHILIP H. BROWN, ESQ.
Nevada Bar No. 6240
BROWN LAW OFFICES
200 Hoover Ave., Suite 130
Las Vegas, NV  89101
Telephone (702) 405-0505
Facsimile (866) 215-8145
Thelasvegasdefender@gmail.com
Attorney for Defendant George McKenna

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

* * *

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) ) **CASE NO.: 2:12-CR-0082** |
| vs. | ) |
| JACOB VILLANUEVA, et. al., | ) ) **ORDER GRANTING DEFENDANT** |
|  | ) **GEORGE McKENNA'S UNOPPOSED** |
| Defendants. | ) **MOTION FOR PRE-PLEA** |
|  | ) **PRESENTENCING INVESTIGATION** |
|  | ) **REPORT** |

IT IS HEREBY ORDERED that the Probation Department will prepare a Pre-Sentence

Investigation Report on Defendant George McKenna.

DATED this the ___11th___ day of July, 2012.

_____
U.S. DISTRICT JUDGE

-3-

1

2

3                                    CERTIFICATE OF SERVICE

4

5          The undersigned hereby certifies that she is an employee of Brown Law Offices,

6   Chartered, and is a person of such age and discretion as to be competent to serve papers.

7          That on July 10, 2012, she served an electronic copy of the above and foregoing

8   UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCING

9   INVESTIGATION REPORT by electronic service (ECF) to the person named below:

10

11

12          DANIEL BOGDON
            United States Attorney
13
            KIMBERLY FRAYN
14          Assistant United States Attorney
            333 Las Vegas Blvd. So., 5th Floor
15          Las Vegas, NV 89101

16

17

18

19                                          /s/ Mary D. Brown

20                                          _____
                                            Employee of Brown Law Offices, Chartered
21

22

23

24

25

26

27

28

                                                -4-